UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

LINDSEY STONE                     )
                                  )
v.                                )        NOS. 2:13-cv-04; 2:09-cr-31
                                  )        *Judge Jordan*
UNITED STATES OF AMERICA          )

## JUDGMENT

In accordance with the accompanying memorandum and order, petitioner's motion

to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **GRANTED**, (Doc. 1145).

An order amending judgment will be entered in Case Number 2:09-cr-31.

**SO ORDERED.**

**ENTER:**

_____
        LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT